# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-60578

United States Court of Appeals
Fifth Circuit

**FILED**

September 29, 2014

Lyle W. Cayce
Clerk

GUSTAVO A. SANCHEZ-LETONA,

　　　Petitioner

v.

ERIC H. HOLDER, JR., U. S. ATTORNEY GENERAL,

　　　Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A202 079 396

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Gustavo Sanchez-Letona filed a document titled "petition for review," in which he requests a stay of removal. The Government moves to dismiss the petition for lack of jurisdiction. Our jurisdiction is limited to reviewing final orders of removal, *Moreira v. Mukasey*, 509 F.3d 709, 713 (5th Cir. 2007), and there is no evidence that a final order of removal has been issued against Sanchez-Letona. We therefore lack jurisdiction to review Sanchez-Letona's

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-60578

petition. Likewise, there is no basis for granting a stay of removal in the absence of a final order of removal.

Sanchez-Letona's petition for review and for a stay of removal is DISMISSED.